# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA ROCHA, | |
| Plaintiff, | Case No. 2:10-cv-01615-PMP-RJJ |
| vs. | **ORDER** |
| CONTINENTAL CASUALTY CO., | |
| Defendant. | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that the ENE Conference, currently scheduled for April 7, 2011, at 1:30 p.m. before the undersigned, is **ADVANCED IN TIME ONLY** to 9:00 a.m., April 7, 2011, in Chambers of the undersigned, Room 3071.

Dated this 20th day of January, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE