1  PATRICK H. HICKS, ESQ., Bar # 004632
   JAMIE CHU, ESQ., Bar # 10546
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:    702.862.8800
   Fax No.:      702.862.8811
5
   Attorneys for Defendant
6  CNA INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 ALICIA ROCHA, an individual,

12              Plaintiff,                  Case No. 2:10-CV-01615-PMP-RJJ

13 vs.

14 CONTINENTAL CASUALTY              **STIPULATION AND ORDER OF**
   COMPANY doing business as CNA     **DISMISSAL OF ENTIRE ACTION WITH**
15 INSURANCE COMPANY, a foreign      **PREJUDICE**
   corporation doing business in the State of
16 Nevada; DOES 1 through 10, inclusive;
   ROES CORPORATIONS ENTITIES 1
17 through 10 inclusive,

18              Defendant.

19

20      Plaintiff, ALICIA ROCHA and Defendant, CONTINENTAL CASUALTY COMPANY

21 d/b/a CNA INSURANCE COMPANY, by and through their respective counsel of record, hereby

22 stipulate and respectfully request an order dismissing the entire action with prejudice.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: May 2nd, 2011
Respectfully submitted,

_____
M. LANI ESTEBAN-TRINIDAD, ESQ.
ESTEBAN-TRINIDAD LAW, P.C.

Attorney for Plaintiff
ALICIA ROCHA

Dated: May 2, 2011
Respectfully submitted,

_____
PATRICK H. HICKS, ESQ.
JAMIE CHU, ESQ.
LITTLER MENDELSON

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY d/b/a
CNA INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

Firmwide:101076859.1 026585.1028

2.